# MEMORANDA

OF THE

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME, WHICH ARE NOT REPORTED IN FULL.*

---

JOHN G. AVERY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

This case was argued and decided with *Avery* v. *N. Y. C. & H. R. R. R. Co.*, *ante*, page 31.

---

DESDA REYNOLDS, Respondent, *v.* THE EQUITABLE ACCIDENT ASSOCIATION OF BINGHAMTON, N. Y., Appellant.

(Submitted March 11, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*David Murray* for appellant.

*H. Greenfield* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.